


William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JUANITA RAMIREZ,<br><br>                    Defendant. | 1:19-CR-02058-SMJ-4<br><br>Government's Response to Defendant's Motions *in Limine* |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Patrick J. Cashman, Assistant United States Attorney for the Eastern District of Washington, submits the following Response to Defendant's Motions *in limine*. (ECF No. 92).

## I.     BACKGROUND

The United States incorporates the factual background provided in ECF No. 110 for purposes of this responsive pleading.

## II.     DISCUSSION

### i.     Opinion Testimony from Expert Witnesses

The United States provided notice of expert witnesses on March 26, 2020. These experts included Brandon McCullum and Karen Johnson of the Federal Bureau of Investigation Crime Laboratory.

Mr. McCullum conducted DNA testing on numerous items recovered from


the white Chrysler 300 and red Mazda Tribute involved in this case. The results of Mr. McCullum's tests have been provided in discovery. The United States anticipates that additional discovery will be provided to the Defendants upon DNA comparison tests.

Ms. Johnson conducted fingerprint analysis of latent finger prints located in the red Mazda Tribute. Of the numerous latent fingerprints obtained, only one appeared to be suitable for comparison. The analysis of this latent fingerprint identified the victim. The results of Ms. Johnson's analysis have been provided in discovery.

The United States will continue to provide discovery upon receipt.

    ii.    <u>Other acts evidence (FRE 404(b))</u>

The United States will comply with LCrR 16 and Fed. R. Evid. 404(b). The United States will provide notice in a separate filing.

    iii.    <u>Evidence of gang membership or gang affiliation.</u>

The United States addressed the issue raised by the Defendant in responsive pleadings to Defendant Vargas' motions *in limine*. (ECF No. 110). The United States incorporates the response in ECF No. 110 into this pleading.

    iv.    <u>Testifying witnesses should be excluded from the courtroom (FRE 615).</u>

The United States does not object to the Defendant's motion. However, the United States does intend to request the presence of Federal Bureau of Investigation Special Agent Ronald Ribail to sit at counsel table during the duration of the trial.

Dated: March 27, 2020.

William D. Hyslop
United States Attorney

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney

Government's Response to Defendant's Motions *in Limine* - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ken Therrien: | kentherrien@msn.com |
| Rick Smith: | rasmith@house314.com |
| Rick Hernandez: | rick@rickhernandezlaw.com |
| Troy Lee: | troylee@troyleelaw.com |

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney