FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUANITA RAMIREZ,<br><br>　　　　　Defendant. | No. 1:19-CR-02058-SMJ-4<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 138, 139** |

　　　Before the Court are Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 138) and related Motion to Expedite (ECF No. 139). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court remove Special Condition No. 6, which imposes GPS home confinement (ECF No. 41 at 5). For the reasons set forth in the Motion;

　　　**IT IS HEREBY ORDERED:**

　　　1.　Defendant's Motion to Expedite (**ECF No. 139**) is **GRANTED**.

ORDER - 1

2. Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 138**) is **GRANTED**.

3. Special Condition No. 6 (**ECF No. 41**), which mandated Defendant participate in a program of GPS home confinement, shall be **STRICKEN.**

4. All other conditions of release shall remain in effect.

DATED July 16, 2020.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2