RICHARD A. SMITH, WSBA 15127
**SMITH LAW FIRM**
314 No. Second Street
Yakima, WA  98901
Telephone: 509-457-5108

**Attorneys for Defendant**
Juanita Ramirez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUANITA RAMIREZ,<br><br>　　　　　　Defendant. | NO. 1:19-CR-02058-SMJ-4<br><br>MOTION TO CONTINUE MOTION TO SUPPRESS STATEMENTS [ECF 100], PRETRIAL CONFERENCE AND TRIAL DATES<br><br>DATE:　　August 26, 2020<br>TIME:　　6:30 P.M.<br>　　　　　Without Oral Argument |

TO:  Clerk of U.S. District Court, Eastern District of Washington
TO:  Patrick Cashman, Assistant United States Attorney

**COMES NOW** JUANITA RAMIREZ by and through her attorney of record, Richard A. Smith of *Smith Law Firm*, and moves the Court for an order continuing her Motion to Suppress Statements [ECF 100] and to continue the pre-trial conference and trial dates.

This motion is made based upon the Declaration of Richard A. Smith.

DATED this 25th day of August 2020.

                      Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Juanita Ramirez

## **DECLARATION OF RICHARD A. SMITH IN SUPPORT OF MOTION TO CONTINUE MOTION TO SUPPRESS STATEMENTS [ECF 100], PRETRIAL CONFERENCE AND TRIAL DATES**

I, RICHARD A. SMITH, declare as follows:

1. That I am the attorney for Juanita Ramirez; and

2. That I was appointed to represent Juanita Ramirez on December 9, 2019, by Magistrate Judge Mary K. Dimke; and

3. That Juanita Ramirez was arraigned on December 6, 2019; and

4. That on June 26, 2020, I filed a Notice of Objection of Videoconference Hearing and Motion to Continue Suppression Hearing [ECF 134]. I requested that the hearing be set for a time and date when an in-person hearing can take place that ensures the safety of court personnel, the parties and participants and which allows for a hearing in the traditional courtroom setting; and

6. That my motion for the in-person hearing, to continue the pre-trial conference and to continue the trial date was granted by Order dated July 6, 2020 [ECF 137]; and

7. That on August 21, 2020 the Court entered General Order No. 20-101-9. This order vacated grand jury sessions, excluded from the Speedy Trial Act the time

MOTION TO CONTINUE MOTION TO SUPPRESS
STATEMENTS [ECF 100], PRETRIAL CONFERENCE AND
TRIAL DATES - Page 2

SMITH LAW FIRM
314 North Second Street
Yakima, WA  98901
(509) 457-5108

August 21, 2020 through September 30, 2020 and essentially closed the Yakima Courthouse for in-person hearings through September 30, 2020; and

8. That the defense concerns regarding a video conference hearing identified in ECF 134 have not changed. Consequently, Ms. Ramirez requests this Court to continue the time and date of the Suppression Hearing, the Pre-trial conference and the Trial dates; and

9. That I have discussed with Ms. Ramirez her rights under the Speedy Trial Act 18 U.S.C. § 3161 and she agrees with this requested continuance and will execute a statement of reasons in order to accommodate this continuance; and

10. I have contacted Assistant United States Attorney Patrick Cashman and he does not object to the continuance. I provided Mr. Cashman with dates proposed in the Case Management Deadlines attached as Exhibit A to this motion. As of the time of this filing he has not responded; and

11. That I am requesting that the Motion to Suppress Statements [ECF 100] be continued to December 15, 2020 at 1:30 p.m.; continuance of pre-trial conference from its current date to January 7, 2021 at 9:30 a.m. and trial from its current date to February 1, 2021.

DATED this 25th day of August 2020.

Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Juanita Ramirez

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on August 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Patrick Cashman, Assistant United States Attorney.

/s/ Lugene M. Borba
LUGENE M. BORBA
Legal Assistant, Smith Law Firm