PS 42
(Rev 07/93)

**United States District Court**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 30, 2020**

SEAN F. McAVOY, CLERK

**United States of America** )
)
vs )
)
**Juanita Ramirez** ) Case No. 1:19-CR-02058-SMJ-4

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

I, Juanita Ramirez, have discussed with Linda Leavitt, United States Probation Officer and my attorney, Rick Smith, modification of my release as follows:

**Reinstate the following special condition:**

Special Condition #6 Location Monitoring with Home Detention (ECF.41): Defendant shall participate in a program of GPS confinement. Defendant shall wear at all times, a GPS device under the supervision of U.S. Probation. Defendant shall be restricted at all times, to his residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12/30/20 _____ 12/30/2020
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date
Juanita Ramirez                    Linda Leavitt

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  12/30/20
Signature of Defense Counsel    Date
Rick Smith

[X]    The above modification of conditions of release is ordered, to be effective on 12/30/2020 at 4:45pm.

[ ]    The above modification of conditions of release is not ordered.

*M. K. Dimke*
Signature of Judicial Officer

Date: 12/30/2020

The Honorable Mary K. Dimke
United States Magistrate Judge