FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUANITA RAMIREZ (04),<br><br>Defendant. | No.   1:19-cr-02058-SMJ-4<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS** |

Before the Court, without oral argument, is the Government's Motion for Leave to Dismiss the Indictment with Prejudice, ECF No. 318. The Government seeks the Court's leave to dismiss the Indictment, ECF No. 1, with prejudice as to Defendant Juanita Ramirez pursuant to Federal Rule of Criminal Procedure 48(a). The Court is fully informed and grants the Government leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Leave to Dismiss the Indictment with Prejudice, **ECF No. 318**, is **GRANTED**.

ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS – 1

**2.**   The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** as to Defendant Juanita Ramirez.

**3.**   All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 27th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge